UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE MOTION TO QUASH SUBPOENA TO BANNEKER PARTNERS, LLC | Case No. 23-mc-80041-LB<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 1 |

Non-party Banneker Partners, LLC moved to quash the defendant's subpoena arising from *Dairy, LLC v. Milk Moovement, Inc.*, No. 2:21-cv-02233-WBS-AC (E.D. Cal.).[1] The court denies the motion without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached) which apply to all discovery disputes. The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." The letter may rely on any attachments to the filed motion. After

---

[1] Mot. – ECF No. 1. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 23-mc-80041-LB

1  reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary,
2  including any further briefing or argument.
3  **IT IS SO ORDERED.**
4  Dated: March 1, 2023

_____
LAUREL BEELER
United States Magistrate Judge